# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 16−13446−BFK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Antoinette Josephine Padmore
4753 West Braddock Rd, Apt 201
Alexandria, VA 22311

Wesley Sprinkle
4753 West Braddock Rd, Apt 201
Alexandria, VA 22311

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−0210                    Joint Debtor: xxx−xx−4467

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA                             Joint Debtor: NA

## NOTICE THAT DEBTOR IS INELIGIBLE FOR DISCHARGE

Upon review of the Debtor(s) previously filed case(s), notice is hereby given that Debtor Antoinette Josephine Padmore is ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9) or §1328(f). The Court shall not grant a discharge if the Debtor has received a discharge in a case filed under chapter 7, 11, 12, or 13 within the period of time specified under 11 U.S.C.§727(a)(8),(9) or §1328(f).

Objections contesting the record must be filed with the Clerk of the U.S. Bankruptcy Court within twenty−one (21) days from the date of this notice.

Dated:   October 12, 2016                 For the Court,

                                          William C. Redden, Clerk
[ntcrepeatdb.jsp]                         United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:
Antoinette Josephine Padmore
Wesley Sprinkle
    Debtors

Case No. 16-13446-BFK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9      User: admin      Page 1 of 1      Date Rcvd: Oct 12, 2016
                          Form ID: ntcrepdb     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.
db/jdb      +Antoinette Josephine Padmore,    Wesley Sprinkle,    4753 West Braddock Rd, Apt 201,     Alexandria, VA 22311-4753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:
        Ashvin  Pandurangi     on behalf of Joint Debtor Wesley  Sprinkle ashvinp228@gmail.com
        Ashvin  Pandurangi     on behalf of Debtor Antoinette Josephine Padmore ashvinp228@gmail.com
        Thomas P. Gorman     ch13alex@gmail.com, tgorman26@gmail.com
                                                                                                       TOTAL: 3